UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOWERS NATIONAL BANK,

    Plaintiff,

v.                                                                            Case No. 10-CV-14617
                                                                                                         HON. MARK A. GOLDSMITH

LODGE VENTURES, INC.,
WILSON KUZA,

    Defendants.
_____/

## ORDER STRIKING PLAINTIFF FLOWERS NATIONAL BANK'S MOTION FOR SUMMARY JUDGMENT

On May 10, 2011, Plaintiff Flowers National Bank filed a Motion for Summary Judgment (Docket Entry #22).  Defendant's motion does not comply with the Case Management and Scheduling Order filed by the Court January 26, 2011 (Docket Entry #13).  Section II.B.2 of the Case Management and Scheduling Order requires that a brief begin with a Statement of Facts section consisting of numbered paragraphs describing the facts as to which the moving party contends there is no genuine issue and that entitle the moving party to judgment as a matter of law.  Accordingly, the Court strikes the motion.  A corrected brief may be filed no later than two business days from the date of this order or the dispositive motion cut-off date, whichever is later.

    IT IS SO ORDERED.

                                                  s/Mark A. Goldsmith
                                                  MARK A. GOLDSMITH
                                                  United States District Judge

Dated:  May 13, 2011
       Flint, Michigan

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 13, 2011.

                                                  s/Deborah J. Goltz
                                                  DEBORAH J. GOLTZ
                                                  Case Manager